Opinion issued May 23, 2002

 







In The

Court of Appeals

For The

First District of Texas






NO. 01-01-01016-CV






RUSSELL E. GALER, II, Appellant


V.


UNSERVED DEFENDANTS, Appellees






On Appeal from the 12th District Court

Walker County, Texas

Trial Court Cause No. 21,321-C






O P I N I O N

 This is an appeal from an order signed on August 22, 2001, dismissing the
inmate plaintiff/appellant's case as frivolous. The Court concluded in an order issued
on February 21, 2002 that it had jurisdiction of the appeal. The Court concluded in
an order issued on April 18, 2002 that appellant was not entitled to proceed on appeal
without advance payment of costs. The April 18 order stated in part as follows:

 Unless within 15 days of the date of this order, appellant
pays the appellate filing fee of $125, his appeal will be
dismissed.

 Appellant's brief was due on April 7, 2002. Unless his
brief is filed within 15 days of the date of this order, his
appeal will be dismissed.



 Appellant's brief has been filed, but appellant has not paid the filing fee. 
Accordingly, the appeal is dismissed for failure to pay the appellate filing fee. 

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.